AIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA S. SNYDER, | : | Civil Action No. 4:15-CV-0389 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, | : | |
| *Acting Commissioner of* | : | |
| *Social Security,* | : | |
| | : | (Magistrate Judge Cohn) |
| | : | |
| Defendant. | : | |

**ORDER**

April 29, 2016

On March 14, 2016, Magistrate Judge Gerald B. Cohn, to whom this matter is jointly assigned, issued a thorough report and recommendation recommending that the undersigned affirm the decision of the Commission of Social Security denying Plaintiff, Lisa S. Snyder, social security benefits.

Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of

fact and recommendations."[1] Once filed, this Report and Recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[2] When objections are timely filed, the district court must conduct a de novo review of those portions of the report to which objections are made.[3] Although the standard of review for objections is de novo, the extent of review lies within the discretion of the district court, and the court may otherwise rely on the recommendations of the magistrate judge to the extent it deems proper.[4]

Snyder timely filed objections, however, all of her objections are overruled, as they do not overcome the sound reasoning of the magistrate judge. The Court has reviewed the report and recommendation of the magistrate judge and is satisfied that there is no clear error in its face. It is well-written and scrupulously details the substantial evidence that supports the Commissioner's decision.

The report and recommendation of the magistrate judge is ADOPTED IN FULL. ECF No. 17. The decision of the Commissioner is AFFIRMED. The Clerk is directed to enter judgment in favor of the Commissioner and against the

---

[1] 28 U.S.C. 636(b)(1)(B).

[2] 28 U.S.C. 636(b)(1).

[3] 28 U.S.C. § 636(b)(1); *Brown v. Astrue,* 649 F.3d 193, 195 (3d Cir.2011).

[4] *Rieder v. Apfel*, 115 F.Supp.2d 496, 499 (M.D.Pa. 2000) (*citing United States v. Raddatz*, 447 U.S. 667, 676 (1980)).

Plaintiff.  The Clerk is further directed to close the case file.

           BY THE COURT:

            s/ Matthew W. Brann  
           Matthew W. Brann
           United States District Judge